# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| DISNEY MEDIA & ENTERTAINMENT DISTRIBUTION LLC, | ) ) ) ) |
| Defendant. | ) |

C.A. No. 22-1642-CJB

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 22, 2024, a true and correct copy of *Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories (Nos. 1–15)* and *Defendant's Objections and Responses to Plaintiff's First Set of Requests for Production (Nos. 1–28)* were served on the following counsel via electronic mail:

Neal C. Belgam
Daniel Taylor
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

John C. Carey
CAREY RODRIGUEZ LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
(305) 356-5455
jcarey@careyrodriguez.com

| | |
|---|---|
| OF COUNSEL:<br><br>Xin-Yi Zhou<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>(213) 430-6000<br>vzhou@omm.com<br><br>Patric Reinbold<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>(202) 383-5300<br>preinbold@omm.com<br><br>Dated: July 22, 2024 | */s/ Jason J. Rawnsley*<br>Robert W. Whetzel (#2288)<br>Jason J. Rawnsley (#5379)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>whetzel@rlf.com<br>rawnsley@rlf.com<br><br>*Attorneys for Defendant Disney Media & Entertainment Distribution LLC* |