## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>DISNEY MEDIA & ENTERTAINMENT DISTRIBUTION LLC,<br><br>      Defendant. | C.A. No. 22-1642-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT Plaintiff Digital Media Technology Holdings, LLC served its, (1) Opening Claim Construction Brief on June 5, 2024; and (2) Reply Claim Construction Brief on July 24, 2024 onto the following counsel for Defendant by electronic mail:

Jason J Rawnsley
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801
rawnsley@rlf.com

Xin-Yi Zhou
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
vzhou@omm.com

Patric Reinbold
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
preinbold@omm.com

Dated: July 24, 2024

*Of Counsel:*

John C. Carey
**CAREY RODRIGUEZ LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
(305) 372-7474
jcarey@careyrodriguez.com

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
**SMITH KATZENSTEIN JENKINS LLP**
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff*