## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISNEY MEDIA & ENTERTAINMENT DISTRIBUTION LLC,<br><br>　　　　Defendant. | C.A. No. 22-1642-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on August 1, 2024, Plaintiff Digital Media Technology Holdings, LLC served its Responses and Objections to, (1) Defendant's First Set of Requests for Production to Plaintiff (Nos. 1-40); and (2) Defendant's First Set of Interrogatories to Plaintiff (Nos. 1-14) onto the following counsel for Defendant by electronic mail:

Jason J Rawnsley
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801
rawnsley@rlf.com

Xin-Yi Zhou
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
vzhou@omm.com

Patric Reinbold
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC  20006
preinbold@omm.com

Dated: August 1, 2024

*Of Counsel:*

John C. Carey
**CAREY RODRIGUEZ LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
(305) 372-7474
jcarey@careyrodriguez.com

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
**SMITH KATZENSTEIN JENKINS LLP**
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff*