**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>DISNEY MEDIA & ENTERTAINMENT DISTRIBUTION LLC,<br><br>   Defendant. | C.A. No. 22-1642-CJB |

## MOTION FOR CLAIM CONSTRUCTION

Plaintiff Digital Media Technology Holdings, LLC ("DMTH") hereby request that the Court adopt the claim construction positions of Plaintiff set forth in the Joint Claim Construction Chart (D.I. 52).

Dated: August 14, 2024

SMITH KATZENSTEIN JENKINS LLP

*Of Counsel:*

John C. Carey
CAREY RODRIGUEZ LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
(305) 372-7474
jcarey@careyrodriguez.com

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff Digital Media Technology Holdings, LLC*