IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>DISNEY MEDIA & ENTERTAINMENT DISTRIBUTION LLC,<br><br>   Defendant. | C.A. No. 22-1642-CJB |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR CLAIM CONSTRUCTION**

  Before the Court is Plaintiff Digital Media Technology Holdings, LLC's ("DMTH") Motion for Claim Construction.

  IT IS HEREBY ORDERED that:

  1. Plaintiff's Motion for Claim Construction is GRANTED. The Court will adopt the Claim Construction positions of Plaintiffs set forth in the Joint Claim Construction Chart (D.I. 52).

  SO ORDERED this _____ day of _____, 2024.

                _____
                The Honorable Christopher J. Burke
                United States Magistrate Judge