IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DISNEY MEDIA ENTERTAINMENT & DISTRIBUTION LLC<br><br>  Defendant. | C.A. No. 22-1642-CJB |

## MOTION FOR CLAIM CONSTRUCTION

The defendant, Disney Media & Entertainment Distribution LLC ("DMED"), respectfully requests that the Court adopt the claim construction positions of DMED set forth in the Joint Claim Construction Chart (D.I. 52).

OF COUNSEL:

Xin-Yi Zhou
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
vzhou@omm.com

Patric Reinbold
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
preinbold@omm.com

Dated: August 14, 2024

/s/ Jason J. Rawnsley
Robert W. Whetzel (#2288)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
whetzel@rlf.com
rawnsley@rlf.com

*Attorneys for Defendant Disney Media & Entertainment Distribution LLC*

RLF1 31012902v.1