

August 20, 2024

*Via CM/ECF*

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
Unit 28, Room 2325
844 North King Street
Wilmington, DE 19801-3555

Re:   *Digital Media Technology Holdings, LLC v. Disney Media & Entertainment Distribution LLC*, C.A. No. 22-1642-CJB

Dear Judge Burke:

Pursuant to Your Honor's August 13 and 15, 2024 Oral Orders, I write jointly on behalf of Plaintiff Digital Media Technology Holdings, LLC ("Plaintiff" or "DMTH") and Defendant Disney Media & Entertainment Distribution LLC ("Defendant" or "DMED") (collectively, "the parties") on the subject of the parties' joint availability for a hearing in September or October 2024 on claim construction and the pending motion to dismiss.

The parties are jointly available for a hearing on the following dates: September 19; October 3; October 9; October 10; and October 16.

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Neal C. Belgam*

Neal C. Belgam (No. 2721)

cc:   Counsel of record (via CM/ECF and email)