# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>DISNEY MEDIA & ENTERTAINMENT DISTRIBUTION LLC,<br><br>      Defendant. | C.A. No. 22-1642-CJB |

## STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO SUBMIT JOINT LETTER

WHEREAS, pursuant to the Court's August 15, 2024 Oral Order (D.I. 65), the parties have timely held a meet and confer in an attempt to reach agreement or narrow the disputed claim construction issues where possible;

WHEREAS, following that meet and confer the parties have exchanged drafts of a joint letter to the Court to be filed as required by the August 15, 2024 Oral Order (D.I. 65);

WHEREAS, the parties require additional time within which to finalize the content of the joint letter, and respectfully request an additional seven (7) days to submit the joint letter to the Court; and

WHEREAS, in view of the fact that on August 26, 2024 the Court rescheduled the *Markman* hearing from September 4 to October 10 (D.I. 68), with the requested seven-day extension of time the parties will be submitting the joint letter well in advance of the *Markman* hearing;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the deadline for the parties to submit the

joint letter outlined in the August 15, 2024 Oral Order, currently set for August 29, 2024 (D.I. 65), shall be extended to September 5, 2024.

Dated: August 29, 2024

| **SMITH KATZENSTEIN JENKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| */s/ Daniel A. Taylor* | */s/ Jason J. Rawnsley* |
| Neal C. Belgam (No. 2721) | Jason J. Rawnsley (No. 5379) |
| Daniel A. Taylor (No. 6934) | One Rodney Square |
| 1000 West Street, Suite 1501 | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| (302) 652-8400 | rawnsley@rlf.com |
| nbelgam@skjlaw.com | |
| dtaylor@skjlaw.com | *Attorneys for Defendant* |
| | |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED this _____ day of August, 2024.

_____
United States Magistrate Judge

2