THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>DISNEY MEDIA & ENTERTAINMENT DISTRIBUTION LLC<br><br>        Defendant. | C.A. No. 22-1642-CJB |

**MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

      The defendant, Disney Media & Entertainment Distribution LLC ("DMED"), moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this motion, DMED state as follows:

      1.     The May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, *inter alia*, visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

      2.     A combined *Markman* and motion to dismiss hearing is scheduled in this case for October 10, 2024.

3.  Xin-Yi Zhou and Patric Reinbold, outside counsel for DMED, will be attending the hearing and request access to their electronic devices. Messrs. Zhou and Reinbold have been admitted *pro hac vice* in this matter but do not have access to a state-issued bar card.

4.  DMED respectfully requests that the Court issue an order, in the form attached hereto, to exempt Messrs. Zhou and Reinbold from the May 17, 2024 Standing Order.

| | |
|---|---|
| OF COUNSEL: | */s/ Jason J. Rawnsley*<br>Robert W. Whetzel (#2288)<br>Jason J. Rawnsley (#5379) |
| Xin-Yi Zhou<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>(213) 430-6000<br>vzhou@omm.com | RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>whetzel@rlf.com<br>rawnsley@rlf.com |
| Patric Reinbold<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>(202) 383-5300<br>preinbold@omm.com | *Attorneys for Defendant Disney Media & Entertainment Distribution LLC* |

Dated: October 3, 2024

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLD-INGS, LLC,, <br><br> Plaintiff, <br><br> v. <br><br> DISNEY MEDIA & ENTERTAINMENT DISTRIBUTION LLC <br><br> Defendant. | C.A. No. 22-1642-CJB |

**[PROPOSED] ORDER GRANTING MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered the Motion for Exemption of Persons From the District of Delaware's May 17, 2024, Standing Order on Personal Devices (the "Motion") of the defendant, Disney Media & Entertainment Distribution LLC ("DMED"),

IT IS SO ORDERED this _____ day of _____, 2024 that:

1. The Motion is GRANTED;

2. For purposes of the October 10, 2024, hearing in this action, Xin-Yi Zhou and Patric Reinbold are exempt from the District of Delaware's May 17, 2024, Standing Order and shall be permitted to retain and use their personal electronic devices.

3. Messrs. Zhou and Reinbold shall present this Order, along with a valid photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
THE HONORABLE CHRISTOPHER J. BURKE
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE