**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLD-INGS, LLC,,<br><br>       Plaintiff,<br><br>    v.<br><br>DISNEY MEDIA & ENTERTAINMENT DISTRIBUTION LLC<br><br>       Defendant. | C.A. No. 22-1642-CJB |

**ORDER GRANTING MOTION FOR EXEMPTION
OF PERSONS FROM THE DISTRICT OF DELAWARE'S
MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered the Motion for Exemption of Persons From the District of Delaware's May 17, 2024, Standing Order on Personal Devices (the "Motion") of the defendant, Disney Media & Entertainment Distribution LLC ("DMED"),

IT IS SO ORDERED this 3rd day of October, 2024 that:

1.      The Motion is GRANTED;

2.      For purposes of the October 10, 2024, hearing in this action, Xin-Yi Zhou and Patric Reinbold are exempt from the District of Delaware's May 17, 2024, Standing Order and shall be permitted to retain and use their personal electronic devices.

3.      Messrs. Zhou and Reinbold shall present this Order, along with a valid photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

*Christopher J. Burke*
_____
THE HONORABLE CHRISTOPHER J. BURKE
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE