

Jason J. Rawnsley
Director
302-651-7550
rawnsley@rlf.com

October 3, 2024

**BY CM/ECF**
The Honorable Christopher J. Burke
U.S. District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

> **Re:** **Institution of *Inter Partes* Review (*Digital Media Technology Holdings, LLC v. Disney Media & Entertainment Distribution LLC*, C.A. No. 22-1642-CJB)**

Dear Magistrate Judge Burke:

I write on behalf of the defendant, Disney Media & Entertainment Distribution LLC ("DMED"), to inform the Court that the Patent Trial & Appeal Board has today granted DMED's petition to institute *inter partes* review of U.S. Patent No. 7,574,725, the sole asserted patent in this litigation. *See* Ex. A (institution decision). DMED intends to move to stay this litigation pending the conclusion of the PTAB proceedings.

Should Your Honor have any questions or concerns, counsel are available at the Court's convenience.

Respectfully,

*/s/ Jason J. Rawnsley*

Jason J. Rawnsley (#5379)

cc:    All Counsel of Record (via email)