

Jason J. Rawnsley
Director
302-651-7550
rawnsley@rlf.com

October 4, 2024

**BY CM/ECF**
The Honorable Christopher J. Burke
U.S. District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

    Re: *Digital Media Technology Holdings, LLC v. Disney Media & Entertainment Distribution LLC*, C.A. No. 22-1642-CJB

Dear Magistrate Judge Burke:

Pursuant to the Court's October 3, 2024, Oral Order, D.I. 74, I write to inform Your Honor that the parties have met and conferred, and the plaintiff, Digital Media Technology Holdings, LLC, does not oppose defendant Disney Media & Entertainment Distribution LLC's request to stay this action pending the issuance by the Patent Trial and Appeal Board of the Final Written Decision in IPR2024-00736 regarding U.S. Patent No. 7,574,725. The parties expect that a stipulation and proposed order to such effect will be submitted to Your Honor by Tuesday, October 8, 2024.

Should Your Honor have any questions or concerns, counsel are available at the Court's convenience.

    Respectfully,

    */s/ Jason J. Rawnsley*

    Jason J. Rawnsley (#5379)

cc:     All Counsel of Record (via email)