# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISNEY MEDIA & ENTERTAINMENT DISTRIBUTION LLC <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 22-1642-CJB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT REGARDING
## *INTER PARTES* REVIEW PROCEEDINGS

On August 25, 2025, the PTAB issued a final written decision finding that all claims challenged in the IPR proceeding, *i.e.*, claims 1, 4–7, 9, and 11, are unpatentable. *See* Ex. A. Plaintiff indicated that it intends to appeal the PTAB's Final Written Decision.

Pursuant to the Court's October 8, 2024 Order and the Parties' Stipulation and Proposed Order (D.I. 76), the parties have conferred and propose that the stay of this case continue until Plaintiff's appeal has been fully resolved. If the Court approves, the parties will submit a joint status update within 14 days after the Federal Circuit issues a decision on Plaintiff's appeal.

RLF1 33727803v.2

|  |  |
|---|---|
| */s/ Daniel A. Taylor* | */s/ Jason J. Rawnsley* |
| Neal C. Belgam (#2721) | Robert W. Whetzel (#2288) |
| Daniel A. Taylor (#6934) | Jason J. Rawnsley (#5379) |
| SMITH, KATZENSTEIN & JENKINS LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 1000 N. West Street, Suite 1501 | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 652-8400 | (302) 651-7700 |
| nbelgam@skjlaw.com | whetzel@rlf.com |
| dtaylor@skjlaw.com | rawnsley@rlf.com |
| *Attorneys for Plaintiff Digital Media Technology Holdings, LLC* | *Attorneys for Defendant Disney Media & Entertainment Distribution LLC* |

Dated: September 4, 2025